Argued and submitted May 8, reversed and remanded July 22, 1998

In the Matter of the Compensation of
Barbara J. Lloyd, Claimant.

KMART CORPORATION,
*Petitioner,*

*v.*

Barbara J. LLOYD,
*Respondent.*

(93-0299M; CA A97661)

964 P2d 1052

---

Karen O'Kasey argued the cause for petitioner. With her on the brief was Schwabe, Williamson & Wyatt.

Meagan Flynn argued the cause for respondent. With her on the brief was Pozzi Wilson Atchison, LLP.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warden, Senior Judge.

PER CURIAM

Reversed and remanded. *Kmart Corp. v. Lloyd (A97660)*, 155 Or App 270, 963 P2d 734 (1998).